IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK DOUGLAS, | : | |
| | : | 1:15-cv-1740 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF MILITARY AND VETERANS AFFAIRS and HOLLIDAYSBURG VETERANS HOME, | : | |
| | : | |
| Defendants. | : | |

# ORDER

### June 27, 2016

In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Judgment on the Pleadings (Doc. 14) is **GRANTED** to the extent that this matter is **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk of the Court **SHALL CLOSE** the file on this case.

                                                  s/ John E. Jones III
                                                  John E. Jones III
                                                  United States District Judge